# AFFIDAVIT IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT

I, Sabrina Hager, your Affiant, being duly sworn, depose and state that:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since August 2007. I am a Federal Law Enforcement Officer as defined in Rule 41 of the Federal Rules of Criminal Procedure and am therefore authorized by Federal Law to submit this Affidavit for a Criminal Complaint and request an arrest warrant.

Following my completion and graduation from the Federal Law Enforcement Training Center and the ATF National Academy, I was assigned to the Phoenix Field Division, where I began carrying out my responsibilities as an investigator. In 2012, I transferred to the ATF Louisville Field Division where I am currently assigned to the Lexington I Field Office. As a Special Agent with the ATF, my duties have included the investigation of violations of Federal firearms laws, to include persons prohibited from possessing firearms and ammunition, with ancillary jurisdiction to investigate federal controlled substance violations, to include controlled substance possession and distribution promulgated under Title 21 of the United States Code.

Throughout my career, I have been trained in the employment of advanced investigative techniques and have attended specialized trainings focusing on topics such as firearms and drug trafficking, illegal firearms possession, covert investigations, organized crime, and asset forfeiture. I have conducted and participated in numerous Federal investigations in multiple capacities to include Case Agent and Undercover. Further, I have worked with other Federal Law Enforcement partners, as well as state and local departments, in Kentucky and across the country, participating in various facets of investigation to include, but not limited to, physical and electronic surveillance, executions of search warrants, interview and interrogation, data analysis and arrest operations.

I am familiar with the facts of this case. The information in this Affidavit is based on my personal knowledge, as well as information imparted on me by the other law enforcement officers involved in this investigation. Additionally, the information set forth below is not a complete recitation of all the facts known in this entire investigation. Rather, it is specific information that I believe supports probable cause for the issuance of the requested warrant.

As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws including but not limited to the following:

> Title 18 U.S.C. § 922(g)(8) – It shall be unlawful for any person- who is subject to a court order- that was issued after a hearing of which such person

had an opportunity to participate; restrains such person from harassing, stalking, or threatening of an intimate partner of such person or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and included a finding that such person represents a credible threat to the physical safety of such intimate partner or child; or by its terms explicitly prohibits the use, attempted use, or threatened us of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transport in interstate or foreign commerce.

This Affidavit is submitted in support of an application for a criminal complaint charging Sherman Kelvin COMBS (herein after COMBS) with violations of Title 18 U.S.C. § 922(g)(8).

The information contained in this Affidavit is based upon my personal knowledge, my consultation with other ATF agents, my review of certain records and documents, interviews of witnesses, and information and evidence gathered from local law enforcement.

I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of Title 18 U.S.C. § 922(g)(8) have been committed by COMBS. The information contained herein is not all the information I possess with respect to the commission of the crimes referred to herein.

## FACTS IN SUPPORT OF PROBABLE CAUSE

1. Your Affiant has reviewed the following information obtained from the Harrison County Sheriff's Department regarding the investigation of Sherman Kelvin COMBS whose date of birth and social security number are known to the Affiant. On June 1, 2022, an intimate partner of COMBS petitioned the Harrison County Family Court, located in Harrison County, Kentucky, for a Kentucky Domestic Violence Order (DVO). On June 15, 2022, a DVO was entered by the Harrison County Family Court against COMBS in Civil Action 22-D-026-001. At the hearing on June 15, 2022, both the petitioner and COMBS were present, and a copy of the order was provided to both in open court. The order states that COMBS is prohibited from having contact or communication with the intimate partner as well as restrains COMBS from any further acts of abuse or threats of abuse, stalking, or sexual assault. The terms of the DVO were ordered effective until June 15, 2024.

2. On or about June 26, 2022, COMBS knowingly violated the DVO by communicating with the intimate partner. The communication occurred from June 25, 2022, at 1352 hours, through June 26, 2022, at 2118 hours. COMBS texted the victim of the DVO five (5) times and left two (2) voicemails. He also attempted to sell marital property on Facebook marketplace during this period.

3. On or about June 27, 2022, at approximately 1726 hours, Sheriff Deputy Dennis Mabry, Badge #391, went to 220 Oliva Lane, Cynthiana, Harrison County, Kentucky 41031, located in the Eastern District of Kentucky, to serve an arrest warrant on COMBS for the violation of the DVO. Upon making contact and arresting COMBS, COMBS stated that he was in possession of a firearm in a holster on his right hip. Deputy Mabry then observed the firearm in a holster and took possession of the firearm. The firearm can be more particularly described as a Taurus; Model 605; caliber 357 magnum; serial number ADD173267; five shot revolver.

4. On or about June 27, 2022, ATF Special Agents Ryan Caudill and Isaac Waters conducted a custodial interview of COMBS at the Harrison County Sheriff's Office. SA Caudill read COMBS his Miranda warnings, which he stated he understood. COMBS waived his rights and agreed to talk to agents. During the interview, COMBS admitted that he knew he was prohibited from possessing firearms as a result of the active DVO but did so anyway earlier on this date in violation of that order. COMBS further admitted to being present in court when the order was issued on June 15, 2022.

5. On July 7, 2022, your affiant spoke with SA Ryan Caudill who is a certified firearms interstate nexus expert. It is the opinion of SA Caudill that the Taurus firearm was manufactured outside the Commonwealth of Kentucky, and, therefore, the firearm traveled in or affected interstate and/or foreign commerce.

6. Your Affiant conducted a review of COMBS's Domestic Violence Order, which stated in the terms of the order, that to assist in eliminating future acts of domestic violence, the respondent shall not possess or purchase firearms. The order further notifies the Respondent (COMBS) that pursuant to 18 U.S.C. Section 922(g)(8), it may be a federal violation to purchase, receive or possess a firearm or ammunition while subject to the order. In addition, the order stated that the respondent be restrained from any unauthorized contact with the petitioner. Both of these conditions were violated on or about June 25, 2022 through June 27, 2022.

## **CONCLUSION**

7. Based on the foregoing, your Affiant has probable and reasonable cause to believe that Sherman Kelvin COMBS has committed violations of Title 18 U.S.C.§ 922(g)(8), which states, It shall be unlawful for any person- who is subject to a court order- that was issued after a hearing of which such person had an opportunity to participate; restrains such person from harassing, stalking, or threatening of an intimate partner of such person or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and included a finding that such person represents a credible threat to the physical safety of such intimate partner or child; or by its terms explicitly prohibits the use, attempted use, or threatened us of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transport in interstate or foreign commerce. These violations all occurring in the Eastern District of Kentucky. Your affiant requests that an arrest warrant be issued to bring Sherman Kelvin COMBS before this Court based on the allegations contained herein.

I declare under penalty and perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Sabrina Hager
Sabrina Hager, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by applicant per FRCrP 4.1 by reliable electronic means on this 7th day of July, 2022.

UNITED STATES MAGISTRATE JUDGE