UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D

NOV 0 3 2022

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 5:22 CR-136-DCR

SHERMAN KELVIN COMBS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(8)

On or about June 27, 2022, in Harrison County, in the Eastern District of Kentucky,

**SHERMAN KELVIN COMBS,**

knowing he was subject to a court order issued by the Harrison County Family Court on June 15, 2022, Civil Action 22-D-00026-001, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Taurus, Model: 605, Cal.: .357 Magnum, revolver, SN: ADD173267, that was shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(8).

## COUNT 2
## 18 U.S.C. § 922(a)(6)

On or about June 18, 2022, in Scott County, in the Eastern District of Kentucky,

**SHERMAN KELVIN COMBS,**

in connection with the acquisition of a firearm, to wit, a Taurus, Model: 605, Cal.: .357 Magnum, revolver, SN: ADD173267, from Sling Point Firearms (SPF) Georgetown Inc., a federal licensed firearms dealer under Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to said dealer, which statement was intended and likely to deceive said dealer as to a fact material to the lawfulness of the sale and acquisition of said firearm under Chapter 44, Title 18, in that **SHERMAN KELVIN COMBS** represented that he was not subject to a court order restraining him from harassing, stalking, or threatening an intimate partner or child of such partner when, in fact, he well knew that such statement was false, all in violation of 18 U.S.C. § 922(a)(6).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461
## 21 U.S.C. § 853(p)

1. By virtue of the commission of the felony offense charged in Counts 1 and 2 of the Indictment, **SHERMAN KELVIN COMBS** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in violation of 18 U.S.C. § 922. Any and all interest that **SHERMAN KELVIN COMBS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARM**

Taurus, Model: 605, Cal.: .357 Magnum, revolver, SN: ADD173267

3. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

_____ for
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1 & 2:**   Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Forfeiture of all listed property

**PLUS:**   Mandatory special assessment of $100.

**PLUS:**   Restitution, if applicable.