# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 13, 2023

Mr. Thomas C. Lyons
Thomas C. Lyons Law Offices
201 W. Short Street
Suite 800
Lexington, KY 40507

Mr. Francisco J. Villalobos
Office of the U.S. Attorney
Eastern District of Kentucky
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612

Re:  Case No. 23-5121, *USA v. Sherman Combs*
     Originating Case No. : 5:22-cr-00136-1

Dear Counsel,

   This appeal has been docketed as case number **23-5121** with the caption that is enclosed on a separate page.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the website and filed with the Clerk's office by **February 27, 2023**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

           Appellant:  Appearance of Counsel
                      Application for Admission to 6th Circuit Bar (if applicable)

    Appellee: Appearance of Counsel
          Application for Admission to 6th Circuit Bar (if applicable)

 More specific instructions are printed on each form.  If the filing fee for the appeal is due because the appellant is not indigent, it must be paid to the District Court by **February 27, 2023**.  These deadlines are important -- if the initial forms are not timely filed or the filing fee is due but not paid, the appeal will be dismissed for want of prosecution.

 If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

              Sincerely yours,

              s/Ryan E. Orme
              Case Manager
              Direct Dial No. 513-564-7079


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-5121

UNITED STATES OF AMERICA

  Plaintiff - Appellant

v.

SHERMAN KELVIN COMBS

  Defendant - Appellee